# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

**ORIGINAL**

**SEALED**

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2: 25mj 1 |
| DOMINIC NATHANIEL TORRES | ) FID: 11752793 |
| | ) |
| | ) NCIS |
| | ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Dominic Nathaniel Torres                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count One: Coercion and Enticement of a Minor in violation of 18 U.S.C. 2422(b)
Count Two: Transfer of Obscene Material to a Minor in violation of 18 U.S.C. 1470

Date:     01/06/2025

*Issuing officer's signature*

ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE

City and state:     Norfolk, Virginia

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01JAN25 , and the person was arrested on *(date)* 07JAN25 at *(city and state)* Norfolk, VA . |
| Date: 07JAN25 |

*Arresting officer's signature*

Tiffany Martinez Special Agent

*Printed name and title*